# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FELESIA HAMILTON, TASHARA CALDWELL, BRENDA JOHNSON, ARRISHA KNIGHT, JAMESINA ROBINSON, DEBBIE STOXSTELL, FELICIA SMITH, TAMEKA ANDERSON-JACKSON, and TAMMY ISLAND | § § § § § § § § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION NO. 3:20-cv-00313 |
| v. | § § | |
| DALLAS COUNTY d/b/a DALLAS COUNTY SHERIFF'S DEPARTMENT. | § § § § | |
| **Defendant.** | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs, Felesia Hamilton, Tashara Caldwell, Brenda Johnson, Arrisha Knight, Jamesina Robinson, Debbie Stoxstell, Felicia Smith, Tameka Anderson-Jackson, and Tammy Island, and Defendant, Dallas County d/b/a Dallas County Sheriff's Department, jointly notify the Court that Plaintiffs and Defendant have reached an agreement in principle to settle the above-referenced litigation.

The parties anticipate that the Dallas County Commissioner's Court will hold a vote to approve the settlement agreement in January, 2025 and that once the terms and conditions of that settlement agreement are fulfilled, the parties will jointly move to dismiss the actions with prejudice.[1] The parties anticipate that such dismissal will be filed within

---

[1] On December 29, 2023, the Court entered an Order of Consolidation pursuant to Fed. R. Civ. P. 42(a), consolidating Civil Action No. 3:20-CV-1410-N (lead case) with *Stoxstell et al. v. Dallas County*, No. 3:23-CV-1410-N. *See* ECF No. 33. The anticipated settlement would dispose of all claims in both cases.

60 days, and, thus, move to stay all deadlines by and between Plaintiffs and Defendant for the next 60 days.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court stay all deadlines in this case by and between them as set forth above, and for all other relief to which they are justly entitled.

Dated: December 19, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Jay D. Ellwanger* | JOHN CREUZOT |
| Jay D. Ellwanger | CRIMINAL DISTRICT ATTORNEY |
| Texas State Bar No. 24036522 | DALLAS COUNTY, TEXAS |
| jellwanger@equalrights.law | |
| David W. Henderson | */s/ Jason G. Schuette* [ with permission ] |
| Texas State Bar No. 24032292 | Assistant District Attorney |
| dhenderson@equalrights.law | Texas State Bar No. 17827020 |
| Jasmine E. Isokpunwu | jason.schuette@dallascounty.org |
| Texas State Bar. No. 24128292 | Joseph W. Spence |
| jisokpunwu@equalrights.law | Assistant District Attorney |
| Ellwanger Henderson LLLP | Texas State Bar No. 18913500 |
| 400 South Zang Blvd, Suite 600 | joseph.spence@dallascounty.org |
| Dallas, Texas 75208 | |
| Telephone: (737) 808-2260 | Civil Division |
| Facsimile: (737) 808-2239 | Dallas County Records Building |
| | 500 Elm Street, Suite 6300 |
| James A. Vagnini | Dallas, Texas 75202 |
| N.Y. State Bar No. 2958130 | Telephone: 214.653.7358 |
| *Admitted pro hac vice* | Telecopier: 214.653.6134 |
| jvagnini@vkvlawyers.com | |
| Valli Kane & Vagnini LLP | **COUNSEL FOR DEFENDANT,** |
| 600 Old Country Road, Suite 519 | **DALLAS COUNTY, D/B/A DALLAS** |
| Garden City, New York 11530 | **COUNTY SHERIFF'S** |
| Telephone: (516) 203-7180 | **DEPARTMENT** |
| Facsimile: (516) 706-0248 | |

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2024, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

                                                    */s/ Jay D. Ellwanger*
                                                    Jay D. Ellwanger